UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

September 30, 2020

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

                Plaintiff,

     v.

 DANIEL MAGGINETTI,

                Defendant.

Case No.  2:20MJ00150-AC-2

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

      This is to authorize and direct you to release  DANIEL MAGGINETTI ,

Case No.  2:20MJ00150-AC-2  Charge 16USC § 551 , from custody for the following

reasons:

        X    Release on Personal Recognizance

           Bail Posted in the Sum of $ _____

           Unsecured Appearance Bond $ _____

           Appearance Bond with 10% Deposit

           Appearance Bond with Surety

           Corporate Surety Bail Bond

           (Other):

**The defendant shall be released at 9:00 a.m. on 10/1/2020**.

Issued at Sacramento, California on September 30, 2020 at 2:00 PM

By:   _____

         Magistrate Judge Allison Claire